

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

May 28, 2021

**BY ECF**

Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *Miller v. Saul*, No. 21 Civ. 1686 (ALC)

Dear Judge Carter:

      This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action, which the plaintiff brought pursuant to 42 U.S.C. § 405(g) to appeal the Commissioner's decision to deny her application for Social Security disability benefits.

      I respectfully write to request a 60-day extension of time for the Commissioner to file the certified administrative record in this case, from June 1, 2021, to August 2, 2021. The extension is needed due to delays in preparing the certified administrative record resulting from temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations and materially affected its ability to prepare certified administrative records and to obtain transcriptions of hearing recordings from private contractors.

      The plaintiff consents this request, and this is the Commissioner's first request for an extension of time in in this case. I thank the Court for its consideration of this request.

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 1, 2021

Respectfully,

AUDREY STRAUSS
United States Attorney

BY:   /s/ Amanda F. Parsels
AMANDA F. PARSELS
Assistant United States Attorney
Tel.: (212) 637-2780
Cell: (646) 596-1952
Email: amanda.parsels@usdoj.gov

cc: Gary Gogerty, Esq.
*Attorney for Plaintiff*