| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: \_\_12/02/2024\_\_\_\_\_ |

DIANE L. MILLER

                    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

**ORDER**

No. 21 cv-01686 (ALC)

WHEREAS, the Court remanded this case to the Commissioner of Social Security (the "Commissioner") for further administrative proceedings on August 18, 2021 (ECF No. 11), and retained jurisdiction pursuant to sentence six of 42 U.S.C. § 405(g);

WHEREAS, the administrative proceedings on remand have culminated in a April 4, 2022 decision fully favorable to Plaintiff, finding plaintiff disabled as of August 4, 2017, the alleged onset date of disability, a copy of which is attached hereto;

WHEREAS, it is appropriate to reopen this case in order to resolve the Court's sentence six jurisdiction.

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

The Clerk is directed to enter judgment. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

December 02, 2024
New York, NY