UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIANE L MILLER,

                      Plaintiff,                      21 **CIVIL** 1686 (ALC)

      -v-                                        <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 2, 2024, that the action is dismissed with prejudice.

**Dated:** New York, New York
           December 2, 2024

                                                        **DANIEL ORTIZ**
                                                **Acting Clerk of Court**

                **BY:**

                                                  **Deputy Clerk**